David M. Stein (State Bar No. 198256)
**BROWN RUDNICK LLP**
2211 Michelson Drive, Seventh Floor
Irvine, CA 92612
Phone: 949.752.7100
Fax:    949.252.1514
Email:  dstein@brownrudnick.com

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>Defendant. | Case No.:  5:21-cv-07557-BLF<br>5:21-cv-07558-BLF<br>5:21-cv-07560-BLF<br>5:21-cv-07561-BLF<br>5:21-cv-07562-BLF<br><br>**BROWN RUDNICK'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR BRAZOS**<br><br>Date:   August 25, 2022<br>Time:  9:00 a.m.<br>Judge:  Hon. Beth Labson Freeman<br><br>San Jose Courthouse<br>Courtroom 3 – 5th Floor<br>280 South 1st Street<br>San Jose, California 95113 |

1350671 v1-iManDB-037024/0001

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       PLEASE TAKE NOTICE that on August 25, 2022, at 9:00 a.m. in Courtroom

3 3 of the above entitled Court located at 280 South 1st Street, San Jose, California

4 95113, or on such other date and time as the Court may set for the hearing on this

5 Motion, pursuant to Local Rule 11-5, David M. Stein, Edward J. Naughton, Rebecca

6 M. Lecaroz, Timothy J. Rousseau, and Yarelyn Mena of the law firm Brown Rudnick

7 LLP (collectively, "Brown Rudnick" or "Movants") respectfully will, and hereby do

8 seek leave of this Court to withdraw as counsel for Plaintiff WSOU Investments, LLC

9 d/b/a Brazos Licensing and Development ("Brazos") in the above-captioned cases.

10

11 Dated: July 18, 2022                    Respectfully submitted,

12                                         **BROWN RUDNICK LLP**

13

14                                         By: _____

15                                             David M. Stein

16

17

18

19

20

21

22

23

24

25

26

27

28

1

NOTICE OF MOTION AND MOTION TO WITHDRAW

1    <u>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**</u>

2

3    **I.    <u>SUMMARY OF ARGUMENT</u>**

4         Pursuant to Local Rule 11-5, David M. Stein, Edward J. Naughton, Rebecca M.

5    Lecaroz, Timothy J. Rousseau, and Yarelyn Mena of the law firm Brown Rudnick

6    LLP (collectively, "Brown Rudnick" or "Movants") hereby notify the parties and the

7    Court of their intent to withdraw as counsel for Plaintiff WSOU Investments, LLC

8    d/b/a Brazos Licensing and Development ("Brazos") in the above-captioned cases.

9    Movants state the following grounds for this motion:

10        1.    Movants represent Brazos pursuant to a written engagement agreement

11   between Brown Rudnick LLP and Brazos that imposes certain obligations on Brazos.

12   Brazos has failed to discharge its obligations to Movants for more than a calendar

13   year, despite Movants' repeated requests to Brazos to comply.

14        2.    Specifically, over the past year, Brown Rudnick has reminded Brazos of

15   its outstanding contractual obligations on numerous occasions.  Brown Rudnick

16   discussed the obligations with Brazos during a telephone call in February 2022,

17   during which call Brazos acknowledged its outstanding obligations and promised that

18   they would be performed shortly.  Brown Rudnick followed up in writing a few

19   weeks later, and then again in writing at least twice in March 2022. Brazos'

20   obligations remained unsatisfied, however.

21        3.    Finally, on July 6, 2022, Brown Rudnick provided Brazos with another

22   written reminder that it had not fulfilled its contractual obligations.  In that same

23   correspondence, Brown Rudnick advised Brazos that unless Brazos complied with its

24   contractual obligations by July 15, 2022, Movants would seek this Court's leave to

25   withdraw from the representation.  Brazos did not respond and did not fulfill its

26   obligations.

27        4.    This Court can grant this Motion without causing Brazos any prejudice.

28   The cases where Movants represent Brazos are currently stayed by the Court's

1350671 v1-iManDB-037024/0001

January 3, 2022 Order (Case No. 5:21-cv-07557, Dkt 120; Case No. 5:21-cv-07558, Dkt. 115; Case No. 5:21-cv-07560, Dkt. 124; Case No. 5:21-cv-07561, Dkt. 119; Case No. 5:21-cv-07562, Dkt. 122), and are likely to remain stayed until at least November 2022, when the Patent Trial and Appeal Board is expected to issue final written decisions with respect to the last of the pending *inter partes* review proceedings.  (Dkt. No. 115, Order Granting Defendant's Motion to Stay at 14). Indeed, as this Court has recognized, it is possible that the stay may extend past November 2022, as the *ex parte* reexamination of one of the patents-in-suit may not be completed by then.  *Id.* at 14.

5.      Brazos is also represented by numerous other counsel, including counsel who are familiar with all but one of the patents-in-suit and who are currently representing Brazos with respect to those patents in the pending *inter partes* review and *ex parte* reexamination proceedings.  Brazos is represented in those proceedings by counsel from the Etheridge Law Group, including Brett A. Mangrum, Brian M. Koide, James L. Etheridge, Jeffrey A. Stephens, Jeffrey Huang, and Ryan S. Loveless.  Further, counsel from the Etheridge Law Group are representing or have also represented Brazos in connection with numerous other district court patent infringement actions over the past several years, including cases against Huawei,[1]

---

[1] Case Nos. 6:20-cv-00188, -00189, -00190, -00191, -00192, -00196, -00204, -00205, -00209, -00533, -00534, -00535, -00536, -00537, -00538, -00539, -00540, -00541, -00542, -00543, -00544, -00889, -00890, -00891, -00892, -00893, -00916, -00917 (W.D. Tex.).

NOTICE OF MOTION AND MOTION TO WITHDRAW
1350671 v1-iManDB-037024/0001

ZTE,[2] Microsoft,[3] Dell,[4] Google,[5] and Salesforce.com.[6] In addition, Brazos is currently represented in another patent infringement case pending in this District — *WSOU Investments, LLC v. Arista Networks, Inc.*, Case No. 4:21-cv-08679 (N.D. Cal.) — by counsel from Susman Godfrey LLP, including Bryce T. Barcelo, Kalpana Srinivasan, Larry Y. Liu, Max L. Tribble, Jr., Raymond Keith Wright, and Shawn Blackburn and in other patent infringement matters by counsel from Carter Arnett PLLC; DiNovo Price LLP; and Kasowitz Benson Torres LLP, among others.

6.      Put simply, Brazos has sufficient time and ability to retain new counsel in the above-captioned matters during the expected stay.

## II.   **CONCLUSION**

There has been a breakdown in the relationship between Movants and Brazos, and Brazos is not honoring its contractual agreements with Brown Rudnick LLP. Brazos has not met its obligations for more than a year.  In addition, Movants' withdrawal will not prejudice Brazos as the cases where Movants currently represent Brazos will be stayed for not less than four months, and Brazos is currently represented by other counsel who are familiar the subject matter of these lawsuits, as

[2] Case Nos. 6:20-cv-00211, -00216, -00224, -00228, -00229, -00231, -00238, -00240, -00242, -00254, -00255, -00487, -00488, -00489, -00490, -00491, -00492, -00493, -00494, -00495, -00496, -00497 (W.D. Tex.).

[3] Case Nos. 6:20-cv-00331, -00332, -00333, -00334, -00335, -00337, -00340, -00341, -00342, -00344, -00345, -00346, -00454, -00454, -00455, -00455, -00456, -00456, -00457, -00458, -00458, -00459, -00459, -00460, -00460, -00461, -00461, -00462, -00462, -00463, -00463, -00464, -00464, -00465 (W.D. Tex.).

[4] Case Nos. 6:20-cv-00403, -00404, -00406, -00407, -00408, -00409, -00410, -00412, -00417, -00418, 6-20-cv-00473, -00474, -00475, -00476, -00477, -00478, -00479, -00480, -00481, -00482, -00485, -00486 (W.D. Tex.).

[5] Case Nos. 6:20-cv-00571, -00572, -00573, -00574, -00575, -00576, -00577, -00578, -00579, -00580, -00581, -00582, -00583, -00584, -00585 (W.D. Tex.)

[6] Case Nos. 6:20-cv-01163, -01164, -01165, -01166, -01167, -01168, -01169, -01170, -01171, -01172 (W.D. Tex.).

1350671 v1-iManDB-037024/0001

1  that counsel represents Brazos with all but one of the patents-in-suit.

2         Thus, Movants respectfully request that the Court waive oral argument on this

3  Motion, grant it leave to withdraw as counsel in the above-captioned matters, and

4  enter an Order stating that Movants have withdrawn.

5         Pursuant to Local Rule 11-5(b), Movants acknowledge that leave for them to

6  withdraw may be subject to the condition that papers by continue to be served on

7  them for forwarding purposes until Brazos appears by other counsel.

8  Dated: July 18, 2022                    Respectfully submitted,

9

                                          **BROWN RUDNICK LLP**

10

11

                                          By: _____

12                                             David M. Stein

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO WITHDRAW

1350671 v1-iManDB-037024/0001