David M. Stein (State Bar No. 198256)
**BROWN RUDNICK LLP**
2211 Michelson Drive, Seventh Floor
Irvine, CA 92612
Phone: 949.752.7100
Fax:    949.252.1514
Email:  dstein@brownrudnick.com

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>Defendant. | Case No.:  5:21-cv-07557-BLF<br>5:21-cv-07558-BLF<br>5:21-cv-07560-BLF<br>5:21-cv-07561-BLF<br>5:21-cv-07562-BLF<br><br>**[PROPOSED] ORDER GRANTING BROWN RUDNICK'S MOTION TO WITHDRAW AS COUNSEL FOR BRAZOS**<br><br>Date:  August 25, 2022<br>Time:  9:00 a.m.<br>Judge:  Hon. Beth Labson Freeman<br><br>San Jose Courthouse<br>Courtroom 3 – 5th Floor<br>280 South 1st Street<br>San Jose, California 95113 |

Having considered the motion of David M. Stein, Edward J. Naughton, Rebecca M. Lecaroz, Timothy J. Rousseau, and Yarelyn Mena of the law firm Brown Rudnick LLP (collectively, "Brown Rudnick" or "Movants") to withdraw as counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") in the above-captioned cases, the pleadings and papers filed in this action, and good cause appearing,

IT IS HEREBY ORDERED that Brown Rudnick's motion to withdraw is GRANTED, and that David M. Stein, Edward J. Naughton, Rebecca M. Lecaroz, Timothy J. Rousseau, and Yarelyn Mena are hereby terminated as counsel in this proceeding.

IT IS FURTHER ORDERED pursuant to Local Rule 11-5(b) that papers may continue to be served on Movants, who shall promptly forward such papers to Brazos, until such time as other counsel appear on behalf of Brazos.

IT IS SO ORDERED.

Dated: _____

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING BROWN RUDNICK LLP'S MOTION TO WITHDRAW AS COUNSEL FOR BRAZOS

1350671 v1-iManDB-037024/0001