United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

WSOU INVESTMENTS LLC,

Plaintiff,

v.

JUNIPER NETWORKS INC,

Defendant.

Case Nos.   21-cv-07557-BLF
21-cv-07558-BLF
21-cv-07560-BLF
21-cv-07561-BLF
21-cv-07562-BLF

**ORDER ADVANCING HEARING ON MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF TO OCTOBER 6, 2022**

The hearing on counsel for Plaintiff's Motion to Withdraw as Attorney, currently scheduled for November 17, 2022, is hereby ADVANCED to October 6, 2022, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  September 15, 2022

_____
BETH LABSON FREEMAN
United States District Judge