AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| WSOU Investments, LLC d/b/a Brazos Licensing and Development | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | 5:21-cv-07557-BLF |
| v. | ) | Case Nos.: | 5:21-cv-07558-BLF |
| Juniper Networks, Inc. | ) | | 5:21-cv-07560-BLF |
| *Defendant* | ) | | 5:21-cv-07561-BLF |
| | | | 5:21-cv-07562-BLF |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT.

Date: 10/5/2022

*/s/ Jonathan K. Waldrop*
*Attorney's signature*

Jonathan K. Waldrop (CA Bar No. 297903)
*Printed name and bar number*

Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
*Address*

jwaldrop@kasowitz.com
*E-mail address*

(650) 453-5170
*Telephone number*

(650) 453-5171
*FAX number*