# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS INC,<br><br>Defendant. | Case Nos.  21-cv-07557-BLF<br>21-cv-07558-BLF<br>21-cv-07560-BLF<br>21-cv-07561-BLF<br>21-cv-07562-BLF<br><br>**ORDER GRANTING BROWN RUDNICK LLP'S MOTION TO WITHDRAW AS COUNSEL** |

Before the Court is Brown Rudnick LLP's (Brown Rudnick) motion to withdraw as counsel for Plaintiff WSOU Investments LLC.  *See* 21-CV-07557, ECF No. 134; 21-CV-07558, ECF No. 128; 21-CV-07560, ECF No. 137; 21-CV-07561, ECF No. 132; 21-CV-07562, ECF No. 135.  Brown Rudnick's motion is unopposed.

Having considered Brown Rudnick's arguments and good cause appearing, the Court GRANTS Brown Rudnick's motion.

**IT IS SO ORDERED.**

Dated: October 6, 2022

_____
BETH LABSON FREEMAN
United States District Judge